NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DARRYL L. COOK,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5049

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00870-PEC, Chief Judge Patricia E. Campbell-Smith.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

Darryl L. Cook moves this court to direct the Warden of the Estill Federal Prison Camp, where Mr. Cook is incarcerated, to authorize a furlough so that Mr. Cook can appear in person in this appeal.  The United States moves for leave to respond out of time and opposes.  Mr. Cook also moves for a 60-day stay to complete an evidentiary hearing in his habeas corpus case in the United States

2                                    COOK v. US

District Court for the Northern District of Alabama, which this court construes as an unopposed motion for an extension of time to file his informal opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The United States' motion for leave to respond out of time is granted.  The response is accepted as filed.

(2) Mr. Cook's motion to appear is denied.

(3) Mr. Cook's motion to stay is granted to the extent that his opening brief shall be due by June 2, 2014.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30